### WILLIAM E. HOWELL VS. WILLIAM H. KINNEY.

An attorney, in a cause tried by referees, is not liable for referees' fees.

*Motion on behalf of the referees in this cause, at February special term, that William S. Sears, Esq., the attorney for the plaintiff, pay the referees' fees in said cause, and the costs of this motion, or in default, that an attachment issue against him.*—It appears that three referees were appointed in this cause, by a rule of court; the referees proceeded and heard the matters in controversy between the parties, and made their report on the 19th July, 1844; that there was due to plaintiff from the defendant $395·52, besides costs ; on the same day they gave notice thereof to plaintiff's attorney and counsel, Wm. S. Sears, Esq., and of the amount of the referees' fees, to wit; $90, and requested said Sears to pay the same, which he refused to do; and several times subsequently Sears was requested to pay the same, which he declined doing. It appears the bill was not taxed, and the amount never presented to Sears in the form of a bill, and he insists the amount is not correct, it being too much. The plaintiff was informed by Sears of the amount of the fees, but did not furnish any funds to pay the same.

W. W. CAMPBELL, *Counsel for Referees.* E. SEELEY, *Atty for Referees.*
J. EDWARDS, *Plffs Counsel.*                    WM. S. SEARS, *Plffs Atty.*

NELSON, Chief Justice.—Held, that an attorney is not liable for the fees of referees. Motion denied, with costs.